*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)626-3100*

*In re: Clearly Amazing Outlook LLC*

*BK No. 1:26-bk-10545*

**Order to File Missing/Deficient Documents, and Notice of Automatic Dismissal for Non-Compliance −− Chapter 11 Case**

A petition was filed in the above−referenced case on **6/10/26** . Pursuant to LBR 1007−1(c), please be advised that the following documents are missing and must be filed on or before, 6/24/2026, plus an additional three days if served by mail as evidenced on the certificate of service below.

*Failure to comply with this order by filing the missing documents or a motion to extend time, by the above stated deadline, or to file a request for relief pursuant to R.I. LBR 1017−2(b) within 7 days of this order, will result in the automatic dismissal of the bankruptcy case without further notice.*

Form B201A Attachment to Voluntary Petition for Non−Individuals Filing for Bankruptcy Under Chapter 11
Form B202 Declaration Under Penalty of Perjury for Non−Individual Debtors
Form B204 The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders (non−individuals)
Form B206 Summary of Assets and Liablites
B206A/B Schedule A/B
B206D Schedule D − Secured Debts
B206E/F Creditors Who Have Unsecured Claims (non−individuals)
B206G Schedule G − Executory Contracts and Unexpired Leases (non−individuals)

B206H Schedule H − Schedule H: Your Codebtors(non−individuals)
B207 Statement of Your Financial Affairs
Debtor's Signed Declaration re: Schds.
B2030 Disclosure of Compensation of Attorney For Debtor
Corporate Vote (LBR 1002−1)
Corporate Ownership Statement

Other:

## Certificate of Service

| *Debtor* | *Debtor's Attorney* | *Trustee* |
|---|---|---|
| Regular Mail | Email Delivery | |

*Dated : 6/11/26*
*Document Number:  3 − 1*

jsp form 311

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

*By: JLD*
*Deputy Clerk*