**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **In re:**<br><br>**CLEARLY AMAZING OUTLOOK, LLC,**<br><br>  **Debtor** | **Case No. 26-10545**<br>**Chapter 11 (Subchapter V)** |

### NOTICE OF SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors for the above-captioned case, is scheduled for **July 16, 2026 at 2:00 PM** (the "Designated Meeting Time") as a **telephonic meeting** and conducted by **telephone conference.**

All parties shall **appear by phone** at the section 341 meeting in accordance with the instructions below.

**Call-in Information:**

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:  888-330-1716, and

when prompted enter the

Participant Code: 5658431 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.  Thank you for your anticipated cooperation in this regard.

**Instructions for Testifying Debtors and Counsel**

No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to provide to the United States Trustee an imaged copy of the photo identification **of the principal of the debtor** ("Identification Documents").  A copy of the Identification Documents must be provided via encrypted email to angie.r.scott@usdoj.gov.  Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

The United States Trustee will administer the oath telephonically at the commencement of the 341 meeting.


WILLIAM K. HARRINGTON
United States Trustee for Region One

/s/ Sandra Nicholls
Department of Justice
Office of the U.S. Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109-3934
Tel: (401) 528-5553
sandra.nicholls@usdoj.gov


Dated: June 18, 2026