Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is N/A.

2. The following financial data is the latest available information and refers to the debtor's condition on 6/24/2026.

a. Total assets $4,510,898.92

b. Total debts (including debts listed in 2.c., below) $ 2,334,927.40

c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |

d. Number of shares of preferred stock N/A
e. Number of shares common stock N/A

Comments, if any:

3. Brief description of debtor's business: Provides exterior services, including but not limited to, window and gutter cleaning, pressure washing, and holiday decoration set up.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
GS Management LLC - 100%

**Fill in this information to identify the case and this filing:**

Debtor Name Clearly Amazing Outlook, LLC

United States Bankruptcy Court for the: ____________ District of RI (State)

Case number (*If known*): 1:26-bk-10545

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/24/26
MM / DD / YYYY

✗ [signature]
Signature of individual signing on behalf of debtor

Neil Baranski
Printed name

Manager
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name Clearly Amazing Outlook LLC

United States Bankruptcy Court for the: ______________________ District of RI (State)

Case number (If known): 1:26-bk-10545

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Weinberg & Co LLP<br>300 Centreville Road Suite 350<br>Warwick, RI 02886 | Steve Dawson<br>billing@weinbergcpas.com<br>401-737-6300 | professional services | | | | $108,087 |
| 2 | BizIQ LLC<br>PO BOX 10892<br>Bradenton, FL 34282 | Larry Genkin<br>larry@biziqhq.com<br>301-526-3000 | professional services | | | | $104, 648.67 |
| 3 | Best Pick Reports<br>Dept CH 14516<br>Palatine, IL 60055-4516 | Brandon Ross<br>bross@everconnect.com<br>555-555-5511 | professional services | | | | $38,717.38 |
| 4 | Vonigo<br>540 Devall Dr Ste 301<br>Auburn, AL 36832 | Eric Maja<br>Maja.Eric@fullsteam.com<br>334-329-6775 | professional services | | | | $19,999.82 |
| 5 | Creditors Adjustment Bureau<br>4340 Fulton Ave.<br>Sherman Oaks, CA 91423 | 818-990-4800<br>info@cabcollects.com | professional services | | | | $42,405.03 |
| 6 | WHCL Enterprises<br>PO BOX 6073<br>Oceanside, CA 92052 | Nick Vonderhaar<br>nick@wehangchristmaslights.com<br>619-248-8008 | professional services | | | | $12,000 |
| 7 | J. Racenstein<br>3201 S. Harbor Blvd<br>Santa Ana, CA 92704 | Doug Apt<br>doug.apt@jracenstein.com<br>201-809-7505 | trade debt | | | | $11,656 |
| 8 | Pays Investments | | Rent | | | | $8,800 |

Debtor Clearly Amazing Outlook LLC
Name

Case number (if known) 1:26-bk-10545

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bricada LLC | | Rent | | | | 6,953 |
| 10 | Plymouth Orange LLC | | Rent | | | | 5,025.47 |
| 11 | Bulkley Richardson & Gelinas, LLC<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | invoices@bulkley.com<br>(617) 757-6401 | professional services | | | | 4,916 |
| 12 | McLellan Estate | | Rent | | | | 4,651 |
| 13 | NWB Willows LLC | | Rent | | | | 4,591.74 |
| 14 | Sunbelt Rentals<br>1275 West Mound Street<br>Columbus, Ohio 43223 | Randy Riggle<br>randy.riggle@sunbeltrentals.com<br>800-508-4756 ext 4895 | trade debt | | | | 4,483.83 |
| 15 | HG Fenton | | Rent | | | | 3,991.68 |
| 16 | 1194 Hemingway | | Rent | | | | 3,000 |
| 17 | Comcast<br>PO Box 1577<br>Newark, NJ 07101-1577 | 800-391-3000 | Internet services | | | | 2,569.53 |
| 18 | SCP Distributors<br>PO BOX 850001<br>DEPT #0594,<br>ORLANDO, FL 32885-0594 | Victoria Brennan<br>victoria.brennan@poolcorp.com<br>239-209-4465 | trade debt | | | | 1,732.66 |
| 19 | Valvoline<br>100 Valvoline Way<br>Lexington, KY 40509 | 800-281-5051<br>ryan.halligan@valvoline.com | trade debt | | | | 521.64 |
| 20 | Randi Beranbaum | | loan | | | | 100,000 |

**Fill in this information to identify the case:**

Debtor name Clearly Amazing Outlook LLC

United States Bankruptcy Court for the: ________________ District of RI (State)

Case number (If known): 1:26-bk-10545

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Beacon Bank | Business Checking | 9 1 9 4 | $ 118,068 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $______

4.2. ______ $______

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$ 118,068**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. Rental Deposits- Bricada, LLC, HG Fenton, McLellan Estate, NWB WIllows, Pays Investments LLC, Plymouth Orange, 1194 Hemingway | $ 38,063.34 |
| 7.2. | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.______ $______

8.2.______ $______

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ 38,063.34

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 421,923.35 | – | 42,192.34 | = ........➔ | $ 379,731.02 |
| 11b. Over 90 days old: | 64,564.08 | – | 38,738.45 | = ........➔ | $ 25,825.63 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 405,556.65

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. ______ ______ $______

14.2. ______ ______ $______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1.______ ____% ______ $______

15.2.______ ____% ______ $______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1.______ ______ $______

16.2.______ ______ $______

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $______

Debtor Clearly Amazing Outlook LLC Case number (if known) 1:26-bk-10545
Name

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☐ No. Go to Part 6.
   - ☒ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. **Raw materials** | | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | Holiday Lights | 10/2025 | $ | | $ 1,500,000 |

23. **Total of Part 5** — $ 1,500,000
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   - ☒ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☒ No
   - ☐ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   - ☒ No. Go to Part 7.
   - ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops—either planted or harvested** | | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $______________

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value $________ Valuation method __________ Current value $________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| desks, chairs | $ | | $ 25,000 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| laptops, printers, headsets | $ | | $ 40,000 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 65,000

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 List attached | $ 0.00 | NA -leased vehicles | $ 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| power washers, ladders | $ | | $ 80,000 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $ 80,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☒ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☒ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☒ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** clearly amazing name is trademarked | $ | income approach, relief from royalty | $ 1,140,000 |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 1,140,000

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ ______ Total face amount – ______ doubtful or uncollectible amount = ➔ $______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ $______
______ Tax year ______ $______
______ Tax year ______ $______

73. **Interests in insurance policies or annuities**
______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
______ $______
**Nature of claim** ______
**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $______
______ $______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $______

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 118,068 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 38,063.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 405,556.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,500,000 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 65,000 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 80,000 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,140,000 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. / + 91b. | $ 3,346,687.99 | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $ 3,346,687.99

INVOICE #: 113755

MARCH 30, 2026
Page: 1

CFS
CORPORATE FLEET
SERVICES
16322 Woodward Ave. • Highland Park, MI 48203 • 313.868.5000
*Auto, Truck, Bus Leasing & Management – Since 1963*

GS MANAGEMENT, LLC & CLEARLY AMAZING OUTLOOK , LLC
43676 TRADE CENTER PLACE
#140
STERLING, VA 20166

DATE ____________________

AMOUNT PAID ______________________________

FOR APRIL 2026 PAYMENTS ARE DUE ON 4-10 & LATE ON 4-26-26 FLEET # 00373

| UNIT | MIS | TERM | IN SVC DATE | YEAR | MAKE MODEL | VIN # | NAME/FACILITY | ADDITIONAL INFO. | PO # | FEE DESCRIPTION | ST | TAX | BASE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20216 | 043 | 060 | 09/09/22 | 2022 | RAM PROMA | 131108 | POOL | | 14214 N. FENTON | MONTHLY CHARGE | MI | 39.79 | 663.12 | 702.91 |
| 20217 | 043 | 060 | 09/09/22 | 2022 | RAM PROMA | 131109 | POOL | | 14214 N. FENTON | MONTHLY CHARGE | MI | 39.79 | 663.12 | 702.91 |
| 20325 | 041 | 060 | 10/31/22 | 2022 | RAM PROMA | 131110 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | VA | 0.00 | 685.65 | 685.65 |

TOTAL CURRENT TAX: $79.58 TOTAL CURRENT RENT DUE: $2,011.89 INVOICE TOTAL: $2,091.47

For billing inquiries please email: AR@CORPORATEFLEET.COM

CFS
CORPORATE FLEET SERVICES

16322 Woodward Ave. • Highland Park, MI 48203 • 313.868.5000
*Auto, Truck, Bus Leasing & Management – Since 1963*

INVOICE #: 114306

APRIL 29, 2026
Page: 1

CLEARLY AMAZING OUTLOOK, LLC
43676 TRADE CENTER PL
SUITE 140
STERLING, VA 20166

DATE ____________________

AMOUNT PAID ____________________

FOR MAY 2026

PAYMENTS ARE DUE ON 5-10 & LATE ON 5-26-2026

FLEET # 00084

| UNIT | MIS | TERM | IN SVC DATE | YEAR | MAKE MODEL | VIN # | NAME/FACILITY | ADDITIONAL INFO. | PO # | FEE DESCRIPTION | ST | TAX | BASE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17838-2 | 036 | 048 | 05/05/23 | 2017 | FORD TRANS | 298368 | POOL VEHICLE | | | MONTHLY CHARGE | MI | 7.63 | 127.13 | 134.76 |
| 17857-2 | 035 | 048 | 05/29/23 | 2017 | FORD TRANS | A65667 | POOL VEHICLE | | | MONTHLY CHARGE | MA | 15.11 | 241.80 | 256.91 |
| 17858-2 | 035 | 048 | 05/29/23 | 2017 | FORD TRANS | A71481 | POOL VEHICLE | | | MONTHLY CHARGE | MA | 15.11 | 241.80 | 256.91 |
| 17860-2 | 035 | 048 | 05/29/23 | 2017 | FORD TRANS | A86391 | POOL VEHICLE | | | MONTHLY CHARGE | MA | 15.11 | 241.80 | 256.91 |
| 18078-1 | 040 | 060 | 12/17/22 | 2017 | FORD F250 | C25042 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 213.22 | 213.22 |
| 18074-1 | 040 | 048 | 12/30/22 | 2017 | FORD TRANS | B37633 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 212.49 | 212.49 |
| 18075-1 | 040 | 048 | 12/30/22 | 2017 | FORD TRANS | B25873 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 212.49 | 212.49 |
| 18164-1 | 048 | 048 | 04/30/22 | 2018 | FORD TRANS | A32032 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 247.53 | 247.53 |
| 18165-1 | 048 | 048 | 04/30/22 | 2018 | FORD TRANS | A00868 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 247.53 | 247.53 |
| 18174-1 | 048 | 048 | 04/30/22 | 2018 | FORD F250 | B12005 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 303.52 | 303.52 |
| 18228-2 | 001 | 012 | 03/28/26 | 2018 | FORD F250 | B48121 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 354.89 | 354.89 |
| 18234-2 | 001 | 012 | 03/28/26 | 2018 | FORD F250 | B52570 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 354.89 | 354.89 |
| 18235-2 | 012 | 012 | 04/28/25 | 2018 | FORD TRANS | A42661 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 283.51 | 283.51 |
| 18236-1 | 049 | 048 | 03/28/22 | 2018 | FORD F250 | B36429 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 235.88 | 235.88 |
| 18274-1 | 048 | 048 | 04/20/22 | 2018 | FORD F250 | B69261 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 246.22 | 246.22 |
| 18310-1 | 047 | 048 | 05/25/22 | 2018 | FORD F250 | C42510 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 287.14 | 287.14 |
| 18318-1 | 047 | 048 | 05/30/22 | 2018 | FORD F250 | B24553 | POOL | | | MONTHLY CHARGE | OH | 20.11 | 257.87 | 277.98 |
| 18343-2 | 008 | 012 | 08/22/25 | 2018 | FORD TRANS | A15691 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 140.76 | 140.76 |
| 18344-1 | 046 | 048 | 06/22/22 | 2018 | FORD TRANS | A55836 | POOL VEHICLE | | | MONTHLY CHARGE | CA | 11.51 | 148.54 | 160.05 |
| 18358-2 | 008 | 012 | 08/29/25 | 2018 | FORD TRANS | B01964 | POOL VEHICLE | | | MONTHLY CHARGE | MI | 0.00 | 141.45 | 141.45 |

TOTAL CURRENT TAX: $84.58

TOTAL CURRENT RENT DUE: $4,740.46

INVOICE TOTAL: $4,825.04

For billing inquiries please email: AR@CORPORATEFLEET.COM

CFS
CORPORATE FLEET
SERVICES
16322 Woodward Ave. • Highland Park, MI 48203 • 313.868.5000
*Auto, Truck, Bus Leasing & Management – Since 1963*

INVOICE #: 114617

APRIL 29, 2026
Page: 1

CLEARLY AMAZING OUTLOOK, LLC
43676 TRADE CENTER PLACE #140
STERLING, VA 20166

DATE ____________________

AMOUNT PAID ____________________

FOR MAY 2026 PAYMENTS ARE DUE ON 5-10 & LATE ON 5-26-2026 FLEET # 00844

| UNIT | MIS | TERM | IN SVC DATE | YEAR | MAKE MODEL | VIN # | NAME/FACILITY | ADDITIONAL INFO. | PO # | FEE DESCRIPTION | ST | TAX | BASE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19578-1 | 012 | 012 | 04/30/25 | 2021 | RAM 1500 | 521005 | POOL | | 4534 CORNELL RO | MONTHLY CHARGE | OH | 23.63 | 303.00 | 326.63 |
| 19579-1 | 012 | 012 | 04/30/25 | 2021 | RAM 1500 | 521011 | POOL | | 4534 CORNELL RO | MONTHLY CHARGE | OH | 23.63 | 303.00 | 326.63 |
| 19588-1 | 010 | 012 | 07/09/25 | 2021 | RAM 1500 | 521007 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 324.34 | 324.34 |
| 19589-1 | 010 | 012 | 07/09/25 | 2021 | RAM 1500 | 521010 | POOL | | | MONTHLY CHARGE | FL | 26.25 | 403.88 | 430.13 |
| 19590-1 | 010 | 012 | 07/09/25 | 2021 | RAM 1500 | 521008 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 24.44 | 407.40 | 431.84 |
| 19591-1 | 010 | 012 | 07/09/25 | 2021 | RAM 1500 | 521003 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 24.47 | 407.78 | 432.25 |
| 19625-1 | 010 | 012 | 07/10/25 | 2021 | RAM PROMA | 516054 | POOL | | 43676 TRADE CEN | MONTHLY CHARGE | VA | 0.00 | 394.39 | 394.39 |
| 19632-1 | 010 | 012 | 06/30/25 | 2021 | RAM 1500 | 563210 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 380.26 | 380.26 |
| 19681-1 | 008 | 012 | 08/30/25 | 2021 | RAM PROMA | 533414 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 542.93 | 542.93 |
| 19836 | 053 | 060 | 12/10/21 | 2021 | RAM 1500 | 711763 | POOL | | 2304 BRUNER LAN | MONTHLY CHARGE | FL | 40.06 | 616.36 | 656.42 |
| 19852 | 052 | 072 | 12/31/21 | 2022 | RAM 1500 | 129754 | POOL | | 2304 BRUNER LAN | MONTHLY CHARGE | FL | 45.96 | 707.15 | 753.11 |
| 19936 | 050 | 060 | 02/18/22 | 2022 | RAM PROMA | 100613 | POOL | | 43676 TRADE CEN | MONTHLY CHARGE | VA | 0.00 | 744.76 | 744.76 |
| 19958 | 050 | 060 | 03/04/22 | 2022 | RAM 1500 | 147514 | POOL | | 1206 NE 146TH S | MONTHLY CHARGE | WA | 60.01 | 681.90 | 741.91 |
| 19963 | 049 | 060 | 03/18/22 | 2022 | RAM 1500 | 211392 | POOL | | 110 BREEDS HILL | MONTHLY CHARGE | MA | 43.22 | 691.56 | 734.78 |
| 20053 | 048 | 060 | 05/06/22 | 2022 | RAM 1500 | 179015 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 36.94 | 615.70 | 652.64 |
| 20054 | 048 | 060 | 05/06/22 | 2022 | RAM 1500 | 172176 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 36.94 | 615.70 | 652.64 |
| 20094 | 047 | 060 | 05/31/22 | 2022 | RAM 1500 | 293210 | POOL | | 110 BREEDS HILL | MONTHLY CHARGE | MA | 42.89 | 686.20 | 729.09 |
| 20138 | 046 | 060 | 06/30/22 | 2022 | RAM 1500 | 181972 | POOL | | | MONTHLY CHARGE | WA | 59.11 | 671.67 | 730.78 |
| 20193 | 044 | 060 | 08/26/22 | 2022 | RAM PROMA | 119055 | POOL | | 1206 NE 146TH S | MONTHLY CHARGE | WA | 58.21 | 661.42 | 719.63 |
| 20301 | 042 | 060 | 10/31/22 | 2022 | RAM 1500 | 352418 | POOL | | 2304 BUNER LANE | MONTHLY CHARGE | FL | 43.52 | 669.53 | 713.05 |
| 20321 | 042 | 060 | 10/31/22 | 2022 | RAM 1500 | 347094 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 40.17 | 669.53 | 709.70 |
| 20548 | 038 | 060 | 02/28/23 | 2023 | RAM PROMA | 548223 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 803.09 | 803.09 |

* CONTINUED ON NEXT PAGE *

| UNIT | MIS | TERM | IN SVC DATE | YEAR | MAKE MODEL | VIN # | NAME/FACILITY | ADDITIONAL INFO. | PO # | FEE DESCRIPTION | ST | TAX | BASE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20601 | 037 | 060 | 04/07/23 | 2023 | RAM PROMA | 548222 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 822.56 | 822.56 |
| 20603 | 037 | 060 | 04/14/23 | 2023 | RAM PROMA | 548218 | POOL | | 15717 SW 74TH A | MONTHLY CHARGE | OR | 0.00 | 785.80 | 785.80 |
| 20618 | 036 | 060 | 04/30/23 | 2023 | RAM PROMA | 517279 | POOL | | 15717 SW 74TH A | MONTHLY CHARGE | OR | 0.00 | 781.86 | 781.86 |
| 20759 | 033 | 060 | 08/04/23 | 2023 | RAM 1500 | 533047 | POOL | | | MONTHLY CHARGE | OH | 0.00 | 798.38 | 798.38 |

TOTAL CURRENT TAX: $629.45

TOTAL CURRENT RENT DUE: $15,490.15

INVOICE TOTAL: $16,119.60

For billing inquiries please email: AR@CORPORATEFLEET.COM

**Fill in this information to identify the case:**

Debtor name Clearly Amazing Outlook, LLC

United States Bankruptcy Court for the: ____________ District of RI (State)

Case number (If known): 1:26-bk-10545

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
Kash Adance, LLC

**Describe debtor's property that is subject to a lien**
Future Receivables

Column A: $ 145,000.00 | Column B: $ ______

**Creditor's mailing address**
111 Great Neck Road
Great Neck, NY 11021

**Describe the lien**
______

**Creditor's email address, if known**
ronen@diversecapitalllc.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 5/28/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
Creditors in 2.2-2.11

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2 Creditor's name**
Maverick Funding, LLC

**Describe debtor's property that is subject to a lien**
Future Receivables

Column A: $ 250,000.00 | Column B: $ ______

**Creditor's mailing address**
99 Park Avenue
New York, NY 10016

**Describe the lien**
______

**Creditor's email address, if known**
ralph@mavfunding.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** February 2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☒ Yes. The relative priority of creditors is specified on lines 2.1; 2.3-2.11

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $1,100,500.00

Debtor Clearly Amazing Outlook LLC Case number (*if known*) 1:26-bk-10545

Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.3 Creditor's name**

Merchant Capital/Moxy Capital/Core Funding

**Describe debtor's property that is subject to a lien**

Future Receivables

Column A: $ 25,000.00 Column B: $

**Creditor's mailing address**

6300 NE 4th Avenue

Miami, FL 33138

**Describe the lien**

**Creditor's email address, if known**

moe@corefundingsource.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** 2/2/2026

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☒ Yes. The relative priority of creditors is specified on lines 2.1-2.2; 2.4-2.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**2.4 Creditor's name**

Merk Funding, Inc.

**Describe debtor's property that is subject to a lien**

Future Receivables

Column A: $ 25,000.00 Column B: $

**Creditor's mailing address**

2102 Avenue Z Suite 306

Brooklyn, NY 11235

**Describe the lien**

**Creditor's email address, if known**

markl@merkfunding.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** 7/2/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☒ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.5 Creditor's name**

Fundamental Capital NY, LLC

**Describe debtor's property that is subject to a lien**

Future Receivables

$ 145,000.00 $

**Creditor's mailing address**

100 Merrick Road
Rockville Centre, NY 11570

**Describe the lien**

**Creditor's email address, if known**

marcio@gonexi.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** 7/2/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☒ Yes. The relative priority of creditors is specified on lines 2.1-2.4; 2.6-2.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**2.6 Creditor's name**

Receivables Portfolio Management, LLC

**Describe debtor's property that is subject to a lien**

Future Receivables

$ 70,000.00 $

**Creditor's mailing address**

4601 Sheridan Street, Suite 600
Hollywood, FL 33021

**Describe the lien**

**Creditor's email address, if known**

Office@rpmservicingllc.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** 6/2/2026

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☒ Yes. The relative priority of creditors is specified on lines 2.1-2.5;2.7-2.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor Clearly Amazing Outlook LLC Case number (if known) 1:26-bk-10545

Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.7 Creditor's name**

Rocket Capital NY, LLC

**Describe debtor's property that is subject to a lien**

Future Receivables

$ 14,500.00 $

**Creditor's mailing address**

1250 E Hallandale Beach Blvd, Suite 505

Hallandale Beach, FL 33009

**Describe the lien**

**Creditor's email address, if known**

shico@rocketcapllc.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** 2/4/2026

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines 2.1-2.6; 2.8-2.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**2.8 Creditor's name**

Speedy Funding, LLC

**Describe debtor's property that is subject to a lien**

Future Receivables

$ 185,000.00 $

**Creditor's mailing address**

243 Tresser Blvd, Suite 18

Stamford, CT 06901

**Describe the lien**

**Creditor's email address, if known**

funding@speedyfundingllc.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** 3/2026

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines 2.1-2.7;2.9-2.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor Clearly Amazing Outlook LLC Case number (if known) 1:26-bk-10545

Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.9 Creditor's name**

Swift Funding Source

**Describe debtor's property that is subject to a lien**

Future Receivables

$ 76,000.00 $

**Creditor's mailing address**

1019 Avenue P Suite 605

New York, NY 10016

**Describe the lien**

**Creditor's email address, if known**

submissions@swiftfundingsource.com

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred** 1/14/2026

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines 2.1-2.8; 2.10-2.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

**2.10 Creditor's name**

Webfunder LLC

**Describe debtor's property that is subject to a lien**

Future Receivables

$ 150,000.00 $

**Creditor's mailing address**

5150 Tamiami Trail N. Suite 302

Naples, FL 34103

**Describe the lien**

**Creditor's email address, if known**

funderwriting@webfunder.net

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred** 12/30/2025

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines 2.1-2.9; 2.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

Debtor Clearly Amazing Outlook LLC Case number (if known) 1:26-bk-10545

Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.11 Creditor's name**

Wynwood Capital Group, LLC

**Creditor's mailing address**

20200 W. Dixie Highway

Miami, FL 33180

**Creditor's email address, if known**

sol@wynwoodcapitalgroup.com

**Date debt was incurred** 1/29/2026

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines 2.1-2.10

**Describe debtor's property that is subject to a lien**

Future Receivables

Column A: $ 15,000.00 Column B: $

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

**2._ Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** ____

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Column A: $ Column B: $

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor Clearly Amazing Outlook LLC
Name

Case number (*if known*) 1:26-bk-10545

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jacob Verstandig, Ershowsky Verstandig PLLC<br>290 Central Ave<br>Lawrence, NY 11559 | Line 2. 9 | |
| Logan Fahrenkopf, Epstein & Fahrenkopf LLP<br>205 Hudson Street, Floor 7<br>New York, NY 10013 | Line 2. 6 | |
| Ariel Bouskila, Berkovitch & Bouskila, PLLC<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970 | Line 2. 1 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

Fill in this information to identify the case:

Debtor: Clearly Amazing Outlook, LLC

United States Bankruptcy Court for the: ______ District of RI (State)

Case number (If known): 1:26-bk-10545

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1 Priority creditor's name and mailing address** ______ **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed. **Date or dates debt was incurred** ______ **Basis for the claim:** ______ **Last 4 digits of account number** ____ **Is the claim subject to offset?** ☐ No ☐ Yes. **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | $______ | $______ |
| **2.2 Priority creditor's name and mailing address** ______ **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed. **Date or dates debt was incurred** ______ **Basis for the claim:** ______ **Last 4 digits of account number** ____ **Is the claim subject to offset?** ☐ No ☐ Yes. **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | $______ | $______ |
| **2.3 Priority creditor's name and mailing address** ______ **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed. **Date or dates debt was incurred** ______ **Basis for the claim:** ______ **Last 4 digits of account number** ____ **Is the claim subject to offset?** ☐ No ☐ Yes. **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | $______ | $______ |

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** **Priority amount**

2._ **Priority creditor's name and mailing address**

$_____ $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

2._ **Priority creditor's name and mailing address**

$_____ $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

2._ **Priority creditor's name and mailing address**

$_____ $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

2._ **Priority creditor's name and mailing address**

$_____ $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
1194 Hemingway LLC
9979 Gulf Logistics Drive
Fort Myers, FL 33913

**As of the petition filing date, the claim is:** *Check all that apply.* $ 3,000.00
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rent

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
Best Pick Reports
Dept CH 14516
Palatine, IL 60055-4516

**As of the petition filing date, the claim is:** *Check all that apply.* $ 38,717.38
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
BizIQ LLC
PO BOX 10892
Bradenton, FL 34282

**As of the petition filing date, the claim is:** *Check all that apply.* $ 104,648.67
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Bricada LLC
8273 S Saginaw St, Ste A
Grand Blanc, MI 48439

**As of the petition filing date, the claim is:** *Check all that apply.* $ 6,953.00
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Bulkey Richardson & Gelinas LLC
PO Box 4349
Carol Stream, IL 60197-6401

**As of the petition filing date, the claim is:** *Check all that apply.* $ 4,916.00
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Comcast
PO Box 1577
Newark, NJ 07101-1577

**As of the petition filing date, the claim is:** *Check all that apply.* $ 2,569.53
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Internet Services

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**
HG Fenton
7577 Mission Valley Rd
San Diego, CA 92108

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$3,991.68

**Basis for the claim:** Rent

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
Creditors Adjustment Bureau
4340 Fulton Avenue
Sherman Oaks, CA 91423

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$42,405.03

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.9 Nonpriority creditor's name and mailing address**
J. Racenstein
3201 S. Harbor Blvd
Santa Ana, CA 92704

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,656.00

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
McLellan Estate
707 Mission Valley Road
San Diego, CA 92108

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,651.00

**Basis for the claim:** Rent

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.11 Nonpriority creditor's name and mailing address**
NWB Willows LLC
10230 NW Points Drive, Suite 410
Kirkland, WA 98033

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,591.74

**Basis for the claim:** Rent

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**
Pays Investment
2083 Cliftons Point St
Sterling, VA 20165

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Rent

**Amount of claim:** $8,800.00

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.13 Nonpriority creditor's name and mailing address**
Plymouth Orange LLC
20 Custom House St, 11th Floor
Boston, MA 02110

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rent

**Amount of claim:** $5,025.47

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
Randi Beranbaum

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Amount of claim:** $100,000.00

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
SCP Distribution
PO BOX 850001, Dept #0594
Orlando. FL 32885-0594

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Amount of claim:** $1,732.66

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Amount of claim:** $4,483.83

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.17 **Nonpriority creditor's name and mailing address**
Valvoline
100 Valvoline Way
Lexington, KY 40509

**As of the petition filing date, the claim is:** $521.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Vonigo
540 Devall Drive, Suite 301
Auburn, AL 36832

**As of the petition filing date, the claim is:** $19,999.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
Weinberg & Co LLP
300 Centreville Road, Suite 350
Warwick, RI 02886

**As of the petition filing date, the claim is:** $108,087.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
WHCL Enterprises
PO BOX 6073
Santa Ana, CA 92704

**As of the petition filing date, the claim is:** $12,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

3.__ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $______
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.2. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.3. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.4. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 41. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.5. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.6. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.7. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.8. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.9. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.10. | | Line ____ ☐ Not listed. Explain ____ | ____ |
| 4.11. | | Line ____ ☐ Not listed. Explain ____ | ____ |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ❑ Not listed. Explain ______ | ___ ___ ___ ___ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 462,124.45 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 462,124.45 |

**Fill in this information to identify the case:**

Debtor name: Clearly Amazing Outlook LLC

United States Bankruptcy Court for the: District of RI (State)

Case number (If known): 1:26-bk-10545

Chapter 11

❑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Cape Cod Office Lease<br>110 Breeds Hill Rd Ste #1 Hyannis, MA 02601 | Barnstable Bay Condos<br>PO Box 727<br>West Hyannisport, MA 02672 |
| | State the term remaining | 7/2026 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Michigan Office Lease<br>3210 Tripark Dr Ste 200 Grand Blanc, MI | Bricada, LLC<br>8273 S Saginaw St Ste A<br>Grand Blanc, MI 48439 |
| | State the term remaining | 10/2027 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | San Diego Office lease<br>7370 Opportunity Rd Ste I<br>San Diego CA 92111 | HG Fenton<br>7577 Mission Valley Rd<br>San Diego, CA 92108 |
| | State the term remaining | 8/2026 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Portland Office Lease<br>15717 SW 74th ave #400<br>Tigard OR 97224 | McLellan Estate<br>707 Old County Rd PO BOX 806<br>Belmont CA 94002<br>ATTN Director of Commercial Properties |
| | State the term remaining | 7/2028 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Seattle Office Lease<br>14620 NW 95th St<br>Redmond, WA 98052 | NWB Willows LLC<br>10230 NW Points Dr Ste 410<br>Kirkland, WA 98033 |
| | State the term remaining | 12/2027 | |
| | List the contract number of any government contract | | |

Debtor Clearly Amazing Outlook LLC
Name

Case number (if known) 1:26-bk-10545

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Sterling Office Lease<br>43676 Trade Center Pl Ste 140<br>Sterling, VA 20166 | Pays Investment LLC<br>20383 Cliftons Point St<br>Sterling VA 20165 |
| | State the term remaining | 4/2030 | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Cincinnati Office Lease<br>4534 Cornell Rd<br>Blue Ash, OH 45241 | Plymouth Orange Point LLC<br>20 Custom House St, 11th Floor<br>Boston MA 02110 |
| | State the term remaining | 3/2026 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Ft Myer Office Lease<br>1194 Hemingway<br>Ft Myers Fl 33912 | 1194 Hemingway LLC<br>9979 Gulf Logistics Dr<br>Fort Myers FL 33913 |
| | State the term remaining | 4/2028 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Leases | Corporate Fleet Services<br>16322 Woodward Ave<br>Highland Park, MI 48203 |
| | State the term remaining | See Attached. | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Customer service software | FS Operations Canada Ltd dba Vonigo Software<br>540 Devall Dr Ste 301<br>Auburn, AL 36832 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Software | BizIQ LLC<br>PO BOX 10892<br>Bradenton, FL 34282 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Best Pick Reports<br>225 Ottley Dr Ste 200<br>Atlanta, GA 30624 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**INVOICE #: 113755**

MARCH 30, 2026
Page: 1

CFS
CORPORATE FLEET SERVICES
16322 Woodward Ave. • Highland Park, MI 48203 • 313.868.5000
*Auto, Truck, Bus Leasing & Management – Since 1963*

GS MANAGEMENT, LLC & CLEARLY AMAZING OUTLOOK , LLC
43676 TRADE CENTER PLACE
#140
STERLING, VA 20166

DATE ____________________

AMOUNT PAID ____________________

FOR APRIL 2026 — PAYMENTS ARE DUE ON 4-10 & LATE ON 4-26-26 — FLEET # 00373

| UNIT | MIS | TERM | IN SVC DATE | YEAR | MAKE MODEL | VIN # | NAME/FACILITY | ADDITIONAL INFO. | PO # | FEE DESCRIPTION | ST | TAX | BASE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20216 | 043 | 060 | 09/09/22 | 2022 | RAM PROMA | 131108 | POOL | | 14214 N. FENTON | MONTHLY CHARGE | MI | 39.79 | 663.12 | 702.91 |
| 20217 | 043 | 060 | 09/09/22 | 2022 | RAM PROMA | 131109 | POOL | | 14214 N. FENTON | MONTHLY CHARGE | MI | 39.79 | 663.12 | 702.91 |
| 20325 | 041 | 060 | 10/31/22 | 2022 | RAM PROMA | 131110 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | VA | 0.00 | 685.65 | 685.65 |

TOTAL CURRENT TAX: $79.58

TOTAL CURRENT RENT DUE: $2,011.89

INVOICE TOTAL: $2,091.47

For billing inquiries please email: AR@CORPORATEFLEET.COM

**CFS**
**CORPORATE FLEET SERVICES**

16322 Woodward Ave. • Highland Park, MI 48203 • 313.868.5000
*Auto, Truck, Bus Leasing & Management – Since 1963*

INVOICE #: 114306

APRIL 29, 2026
Page: 1

CLEARLY AMAZING OUTLOOK, LLC
43676 TRADE CENTER PL
SUITE 140
STERLING, VA 20166

DATE ____________________

AMOUNT PAID ____________________

FOR MAY 2026

PAYMENTS ARE DUE ON 5-10 & LATE ON 5-26-2026

FLEET # 00084

| UNIT | MIS | TERM | IN SVC DATE | YEAR | MAKE MODEL | VIN # | NAME/FACILITY | ADDITIONAL INFO. | PO # | FEE DESCRIPTION | ST | TAX | BASE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17838-2 | 036 | 048 | 05/05/23 | 2017 | FORD TRANS | 298368 | POOL VEHICLE | | | MONTHLY CHARGE | MI | 7.63 | 127.13 | 134.76 |
| 17857-2 | 035 | 048 | 05/29/23 | 2017 | FORD TRANS | A65667 | POOL VEHICLE | | | MONTHLY CHARGE | MA | 15.11 | 241.80 | 256.91 |
| 17858-2 | 035 | 048 | 05/29/23 | 2017 | FORD TRANS | A71481 | POOL VEHICLE | | | MONTHLY CHARGE | MA | 15.11 | 241.80 | 256.91 |
| 17860-2 | 035 | 048 | 05/29/23 | 2017 | FORD TRANS | A86391 | POOL VEHICLE | | | MONTHLY CHARGE | MA | 15.11 | 241.80 | 256.91 |
| 18078-1 | 040 | 060 | 12/17/22 | 2017 | FORD F250 | C25042 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 213.22 | 213.22 |
| 18074-1 | 040 | 048 | 12/30/22 | 2017 | FORD TRANS | B37633 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 212.49 | 212.49 |
| 18075-1 | 040 | 048 | 12/30/22 | 2017 | FORD TRANS | B25873 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 212.49 | 212.49 |
| 18164-1 | 048 | 048 | 04/30/22 | 2018 | FORD TRANS | A32032 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 247.53 | 247.53 |
| 18165-1 | 048 | 048 | 04/30/22 | 2018 | FORD TRANS | A00868 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 247.53 | 247.53 |
| 18174-1 | 048 | 048 | 04/30/22 | 2018 | FORD F250 | B12005 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 303.52 | 303.52 |
| 18228-2 | 001 | 012 | 03/28/26 | 2018 | FORD F250 | B48121 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 354.89 | 354.89 |
| 18234-2 | 001 | 012 | 03/28/26 | 2018 | FORD F250 | B52570 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 354.89 | 354.89 |
| 18235-2 | 012 | 012 | 04/28/25 | 2018 | FORD TRANS | A42661 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 283.51 | 283.51 |
| 18236-1 | 049 | 048 | 03/28/22 | 2018 | FORD F250 | B36429 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 235.88 | 235.88 |
| 18274-1 | 048 | 048 | 04/20/22 | 2018 | FORD F250 | B69261 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 246.22 | 246.22 |
| 18310-1 | 047 | 048 | 05/25/22 | 2018 | FORD F250 | C42510 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 287.14 | 287.14 |
| 18318-1 | 047 | 048 | 05/30/22 | 2018 | FORD F250 | B24553 | POOL | | | MONTHLY CHARGE | OH | 20.11 | 257.87 | 277.98 |
| 18343-2 | 008 | 012 | 08/22/25 | 2018 | FORD TRANS | A15691 | POOL VEHICLE | | | MONTHLY CHARGE | OR | 0.00 | 140.76 | 140.76 |
| 18344-1 | 046 | 048 | 06/22/22 | 2018 | FORD TRANS | A55836 | POOL VEHICLE | | | MONTHLY CHARGE | CA | 11.51 | 148.54 | 160.05 |
| 18358-2 | 008 | 012 | 08/29/25 | 2018 | FORD TRANS | B01964 | POOL VEHICLE | | | MONTHLY CHARGE | MI | 0.00 | 141.45 | 141.45 |

TOTAL CURRENT TAX: $84.58

TOTAL CURRENT RENT DUE: $4,740.46

INVOICE TOTAL: $4,825.04

For billing inquiries please email: AR@CORPORATEFLEET.COM

CFS
CORPORATE FLEET
SERVICES
16322 Woodward Ave. • Highland Park, MI 48203 • 313.868.5000
*Auto, Truck, Bus Leasing & Management – Since 1963*

INVOICE #: 114617

APRIL 29, 2026
Page: 1

CLEARLY AMAZING OUTLOOK, LLC
43676 TRADE CENTER PLACE #140
STERLING, VA 20166

DATE ____________________

AMOUNT PAID ____________________

FOR MAY 2026

PAYMENTS ARE DUE ON 5-10 & LATE ON 5-26-2026

FLEET # 00844

| UNIT | MIS | TERM | IN SVC DATE | YEAR | MAKE MODEL | VIN # | NAME/FACILITY | ADDITIONAL INFO. | PO # | FEE DESCRIPTION | ST | TAX | BASE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19578-1 | 012 | 012 | 04/30/25 | 2021 | RAM 1500 | 521005 | POOL | | 4534 CORNELL RO | MONTHLY CHARGE | OH | 23.63 | 303.00 | 326.63 |
| 19579-1 | 012 | 012 | 04/30/25 | 2021 | RAM 1500 | 521011 | POOL | | 4534 CORNELL RO | MONTHLY CHARGE | OH | 23.63 | 303.00 | 326.63 |
| 19588-1 | 010 | 012 | 07/09/25 | 2021 | RAM 1500 | 521007 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 324.34 | 324.34 |
| 19589-1 | 010 | 012 | 07/09/25 | 2021 | RAM 1500 | 521010 | POOL | | | MONTHLY CHARGE | FL | 26.25 | 403.88 | 430.13 |
| 19590-1 | 010 | 012 | 07/09/25 | 2021 | RAM 1500 | 521008 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 24.44 | 407.40 | 431.84 |
| 19591-1 | 010 | 012 | 07/09/25 | 2021 | RAM 1500 | 521003 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 24.47 | 407.78 | 432.25 |
| 19625-1 | 010 | 012 | 07/10/25 | 2021 | RAM PROMA | 516054 | POOL | | 43676 TRADE CEN | MONTHLY CHARGE | VA | 0.00 | 394.39 | 394.39 |
| 19632-1 | 010 | 012 | 06/30/25 | 2021 | RAM 1500 | 563210 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 380.26 | 380.26 |
| 19681-1 | 008 | 012 | 08/30/25 | 2021 | RAM PROMA | 533414 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 542.93 | 542.93 |
| 19836 | 053 | 060 | 12/10/21 | 2021 | RAM 1500 | 711763 | POOL | | 2304 BRUNER LAN | MONTHLY CHARGE | FL | 40.06 | 616.36 | 656.42 |
| 19852 | 052 | 072 | 12/31/21 | 2022 | RAM 1500 | 129754 | POOL | | 2304 BRUNER LAN | MONTHLY CHARGE | FL | 45.96 | 707.15 | 753.11 |
| 19936 | 050 | 060 | 02/18/22 | 2022 | RAM PROMA | 100613 | POOL | | 43676 TRADE CEN | MONTHLY CHARGE | VA | 0.00 | 744.76 | 744.76 |
| 19958 | 050 | 060 | 03/04/22 | 2022 | RAM 1500 | 147514 | POOL | | 1206 NE 146TH S | MONTHLY CHARGE | WA | 60.01 | 681.90 | 741.91 |
| 19963 | 049 | 060 | 03/18/22 | 2022 | RAM 1500 | 211392 | POOL | | 110 BREEDS HILL | MONTHLY CHARGE | MA | 43.22 | 691.56 | 734.78 |
| 20053 | 048 | 060 | 05/06/22 | 2022 | RAM 1500 | 179015 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 36.94 | 615.70 | 652.64 |
| 20054 | 048 | 060 | 05/06/22 | 2022 | RAM 1500 | 172176 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 36.94 | 615.70 | 652.64 |
| 20094 | 047 | 060 | 05/31/22 | 2022 | RAM 1500 | 293210 | POOL | | 110 BREEDS HILL | MONTHLY CHARGE | MA | 42.89 | 686.20 | 729.09 |
| 20138 | 046 | 060 | 06/30/22 | 2022 | RAM 1500 | 181972 | POOL | | | MONTHLY CHARGE | WA | 59.11 | 671.67 | 730.78 |
| 20193 | 044 | 060 | 08/26/22 | 2022 | RAM PROMA | 119055 | POOL | | 1206 NE 146TH S | MONTHLY CHARGE | WA | 58.21 | 661.42 | 719.63 |
| 20301 | 042 | 060 | 10/31/22 | 2022 | RAM 1500 | 352418 | POOL | | 2304 BUNER LANE | MONTHLY CHARGE | FL | 43.52 | 669.53 | 713.05 |
| 20321 | 042 | 060 | 10/31/22 | 2022 | RAM 1500 | 347094 | POOL | | 3210 TRI PARK D | MONTHLY CHARGE | MI | 40.17 | 669.53 | 709.70 |
| 20548 | 038 | 060 | 02/28/23 | 2023 | RAM PROMA | 548223 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 803.09 | 803.09 |

* CONTINUED ON NEXT PAGE *

| UNIT | MIS | TERM | IN SVC DATE | YEAR | MAKE MODEL | VIN # | NAME/FACILITY | ADDITIONAL INFO. | PO # | FEE DESCRIPTION | ST | TAX | BASE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20601 | 037 | 060 | 04/07/23 | 2023 | RAM PROMA | 548222 | POOL | | | MONTHLY CHARGE | VA | 0.00 | 822.56 | 822.56 |
| 20603 | 037 | 060 | 04/14/23 | 2023 | RAM PROMA | 548218 | POOL | | 15717 SW 74TH A | MONTHLY CHARGE | OR | 0.00 | 785.80 | 785.80 |
| 20618 | 036 | 060 | 04/30/23 | 2023 | RAM PROMA | 517279 | POOL | | 15717 SW 74TH A | MONTHLY CHARGE | OR | 0.00 | 781.86 | 781.86 |
| 20759 | 033 | 060 | 08/04/23 | 2023 | RAM 1500 | 533047 | POOL | | | MONTHLY CHARGE | OH | 0.00 | 798.38 | 798.38 |

TOTAL CURRENT TAX: $629.45

TOTAL CURRENT RENT DUE: $15,490.15

INVOICE TOTAL: $16,119.60

For billing inquiries please email: AR@CORPORATEFLEET.COM

**Fill in this information to identify the case:**

Debtor name Clearly Amazing Outlook LLC

United States Bankruptcy Court for the: ______ District of RI (State)

Case number (If known): 1:26-bk-10545

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Neil Beranbaum | 5 Wingate Road (Street)<br>Providence RI 02903 (City, State, ZIP Code) | Fundamental Capital, LLC<br>Kash Advance, LLC<br>Maverick Funding, LLC<br>Merchant Capital LLC/<br>Moxy Capital<br>Core Funding<br>Merk Funding, Inc.<br>Receivables Portfolio Management, LLC<br>Rocket Capital NY, LLC<br>~~Speedy Funding, LLC~~<br>Swift Funding Source<br>Webfunder LLC<br>Wynwood Capital Group LLC | ☒ D<br>☐ E/F<br>☐ G |
| | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | GS Management, LLC | 43676 Trade Center Place (Street)<br>Suite 140<br>Sterling VA 20166 (City, State, ZIP Code) | Merk Funding, Inc<br>Webfunder LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | Bernabaum Advisors, LLC | 439 Benefit Street (Street)<br>Suite 3<br>Providence RI 02903 (City, State, ZIP Code) | Merk Funding, Inc<br>Webfunder LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name Clearly Amazing Outlook LLC

United States Bankruptcy Court for the: ____________ District of RI (State)

Case number (If known): 1:26-bk-10545

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 (MM / DD / YYYY) | to Filing date | ☒ Operating a business<br>☐ Other | $ 2,411,040.01 |
| **For prior year:** | From 01/01/2025 (MM / DD / YYYY) | to 12/31/2025 (MM / DD / YYYY) | ☒ Operating a business<br>☐ Other | $ 8,536,140.26 |
| **For the year before that:** | From 01/01/2024 (MM / DD / YYYY) | to 12/31/2024 (MM / DD / YYYY) | ☒ Operating a business<br>☐ Other | $ 9,046,460.06 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ________ (MM / DD / YYYY) | to Filing date | | $ |
| **For prior year:** | From ________ (MM / DD / YYYY) | to ________ (MM / DD / YYYY) | | $ |
| **For the year before that:** | From ________ (MM / DD / YYYY) | to ________ (MM / DD / YYYY) | | $ |

Debtor Clearly Amazing Outlook LLC
Name

Case number (if known) 1:26-bk-10545

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Please see attached<br>Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Please see attached<br>Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor Clearly Amazing Outlook LLC — Case number (if known) 1:26-bk-10545

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |
| 5.2. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case title:<br>Case number: | | Name<br>Street<br>City State ZIP Code | ❑ Pending<br>❑ On appeal<br>❑ Concluded |
| 7.2. | Case title:<br>Case number: | | Court or agency's name and address<br>Name<br>Street<br>City State ZIP Code | ❑ Pending<br>❑ On appeal<br>❑ Concluded |

Debtor Clearly Amazing Outlook LLC
Name

Case number (*if known*) 1:26-bk-10545

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | | $ |
| | **Case title** | **Court name and address** |
| | | Name<br>Street<br>City State ZIP Code |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Clearly Amazing Outlook LLC
Name

Case number (if known) 1:26-bk-10545

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | ______ | ______ | ______ | $______ |
| | **Address** | ______ | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | ______ | ______ | ______ | $______ |
| | **Address** | ______ | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| ______ | ______ | ______ | $______ |
| **Trustee** | ______ | | |

Debtor: Clearly Amazing Outlook LLC — Case number (if known): 1:26-bk-10545

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Address: Street, City, State, ZIP Code<br>Relationship to debtor | | | $ |
| 13.2. | Address: Street, City, State, ZIP Code<br>Relationship to debtor | | | $ |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 2304 Bruner Lane, Suite 2 (Street)<br>Fort Myers (City), FL (State), 33912 (ZIP Code) | From 4/2022 To 3/2026 |
| 14.2. | Street<br>City, State, ZIP Code | From To |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | <br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | <br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | <br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | <br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. Encrypted credit card information, addresses and phone numbers of customers

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ADP 401K | EIN: 47–2323244 |

Has the plan been terminated?

☒ No

☐ Yes

Debtor Clearly Amazing Outlook LLC Case number (if known) 1:26-bk-10545

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ________ | $______ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ________ | $______ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | ________<br>Address | ________ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | ________<br>Address | ________ | ☐ No<br>☐ Yes |

Debtor Clearly Amazing Outlook LLC — Case number (if known) 1:26-bk-10545

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | $_______ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

Debtor: Clearly Amazing Outlook LLC — Case number (if known): 1:26-bk-10545

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- [x] No
- [ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- [ ] None

| | Business name and address | Describe the nature of the business | Employer Identification number (Do not include Social Security number or ITIN.) |
|---|---|---|---|
| 25.1. | Name: GS Management LLC<br>Street: 3505 Camino Del Rio Suite 240<br>City: San Diego State: CA ZIP Code: 92108 | | EIN: 47-5005962<br>Dates business existed<br>From 2014 To Current |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |

Debtor Clearly Amazing Outlook LLC Case number (if known) 1:26-bk-10545

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Joshua Whitney (Name)<br>3510 Tripark Dr (Street)<br>Building 200<br>Grand Blanc (City), MI (State), 48439 (ZIP Code) | From 1/23/23 To current |
| 26a.2. | Name<br>Street<br>City State ZIP Code | From ______ To ______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Weinberg & Co., LLP (Name)<br>300 Centerville Rd (Street)<br>Ste 350<br>Warwick, RI 02886 (City, State, ZIP Code) | From 2020 To current |
| 26b.2. | Name<br>Street<br>City State ZIP Code | From ______ To ______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | same as above (Name)<br>Street<br>City State ZIP Code | |

Debtor Clearly Amazing Outlook LLC Case number (if known) 1:26-bk-10545

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name<br>Street<br><br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| | Name and address |
|---|---|
| 26d.1. | Name<br>Street<br><br>City State ZIP Code |
| 26d.2. | Name<br>Street<br><br>City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name<br>Street<br><br>City State ZIP Code |

Debtor Clearly Amazing Outlook LLC Case number (*if known*) 1:26-bk-10545

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2. Name:
Street:
City: State: ZIP Code:

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Neil Beranbaum | 5 Wingate Rd Providence RI 02906 | Owner | 100 |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Name: Neil Beranbaum<br>Street: 5 Wingate Road<br>City: Providence State: RI ZIP Code: 02906<br>Relationship to debtor: Manager/Owner | $30,000.00 | 7/2025 | Partial Loan Repayment |

Debtor Clearly Amazing Outlook LLC
Name

Case number (if known) 1:26-bk-10545

**Name and address of recipient**

30.2 ____________
Name
____________
Street
____________
____________
City State ZIP Code

**Relationship to debtor**

____________

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| GS Management LLC | EIN: 47-5005962 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/24/2026
MM / DD / YYYY

✗ [signature]
Signature of individual signing on behalf of the debtor

Printed name Neil Barandam

Position or relationship to debtor MANAGER

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ☐ No
- ☒ Yes

# Clearly Amazing Outlook

## Balance Sheet

### As of Jun 10, 2026

| | Total |
|---|---|
| 24203 NP Nexi | 139,417.30 |
| 24206 NP Webfunder | 48,456.61 |
| 24209 NP Merk Funding | 69,083.32 |
| 24270 NP Wynwood | 22,199.09 |
| 24271 NP Swift | 32,583.96 |
| 24272 NP Speedy | 8,239.91 |
| 24273 NP Rocket | 5,904.43 |
| 24274 NP Maverick | 105,945.92 |
| 24275 NP Merchant | 20,440.86 |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_____________ District Of Rhode Island

**In re**

Clearly Amazing Outlook LLC

**Debtor**

Case No. 1:26-bk-10545

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____________

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____________

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ See attached.

2. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6/24/2026
*Date*

Richard J. Land
*Signature of Attorney*

Chace Ruttenberg & Freedman, LLP
*Name of law firm*

Exhibit A – Attorney Retainer Statement

| | |
|---|---|
| Retainer Received by Counsel Prior to Filing of the Petition: | $70,000.00 |
| Fees and Expenses Applied Prior to Filing of the Petition: | $5,641.00 |
| Balance of Retainer Held by Counsel as of the Petition Date: | $64,359.00 |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br><br>CLEARLY AMAZING OUTLOOK, LLC,<br><br>Debtor. | Chapter 11<br>Case No.: 25-10545 |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a) and 7007.1, the undersigned company, GS Management, LLC, certifies that:

1. __X__ the following is a complete and accurate list of company(s) that directly or indirectly own(s) 10% or more of the Debtor:

GS Management, LLC 100%

**OR**

2. _____ there are no entities to report under FRBP 1007(a) or 7007.1.

The undersigned company further acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

6/26/20226____________________
Date

GS MANAGEMENT, LLC

By: ______________________
Neil Beranbaum

Its: Managing Member

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br><br>CLEARLY AMAZING OUTLOOK, LLC,<br><br>Debtor. | Chapter 11<br>Case No.: 25-10545 |

**MEMBER CONSENT**

The undersigned, being the sole Member of Clearly Amazing Outlook, LLC (the "Company"), a Rhode Island limited liability company, hereby adopts and approves the following resolution:

**RESOLVED:** That the Company file a voluntary petition with the United States Bankruptcy Court for the District of Rhode Island, seeking relief pursuant to Chapter 11 of the Bankruptcy Code and that the undersigned Member is hereby authorized and empowered, on behalf of the Company, to execute and deliver any and all documents necessary to effectuate the foregoing.

**IN WITNESS WHEREOF**, this Consent shall be effective as of June 10, 2026.

GS MANAGEMENT, LLC

By:______________________
Neil Beranbaum, Managing Member