**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Clearly Amazing Outlook LLC | ) | Case No. 26-10545(JAD) |
| Debtor. | ) | Subchapter V |

**DECLARATION OF RANDI BETH BERANBAUM, INDIVIDUALLY AND AS TRUSTEE OF THE RANDI BETH BERANBAUM REVOCABLE TRUST <u>RELATING TO PAYMENT OF THIRD-PARTY RETAINER</u>**

Pursuant to 28 U.S.C. §1746, I, Randi Beth Beranbaum, individually and in my capacity as Trustee of the Randi Beth Beranbaum Revocable Trust (the "Trust"), declare, under penalty of perjury, as follows:

1. I am a lender to GS Management, LLC ("GSM"), the parent company of the above-captioned Debtor (the "Debtor"), and am the spouse of the GSM's principal and the manager of the Debtor, Neil Beranbaum. GSM is indebted to me pursuant to loans I made to GSM for its benefit and the benefit of the Debtor, including, without limitation, the loans documented by that certain $170,000 Promissory Note dated June 10, 2026 (the "Loans").

2. I am the sole trustee of the Trust. The Trust was established for the benefit of myself and my children and was funded using primarily my own assets. I have the power and authority to act for and on behalf of the Trust without the consent of any other person or entity.

3. The factual statements in this Declaration are based on my personal knowledge and if called as witness, I could and would testify completely thereto. I submit this Declaration, individually and in my capacity as Trustee, in support of the application filed by the Debtor to

retain Chace Ruttenberg & Freedman, LLP ("CRF") as attorneys in this Chapter 11, Subchapter V Case.

4. In order to secure CRF's services to the Debtor in this Chapter 11 Case, on June 10, 2026, in my capacity as Trustee, I caused the Trust to pay on behalf of the Debtor, a retainer to CRF in the amount $70,000.00 to be applied toward fees, costs and expenses to be incurred in connection with this Chapter 11 Case.

5. I have been advised that I should consult with my own counsel, individually and as Trustee. I and the Trust have retained Tom Humphreys of Cameron & Mittleman LLP as independent legal counsel regarding the payment of the aforementioned retainer to CRF, as well as repayment by GSM of the Loans I made to it.

6. Individually and as Trustee, I understand that the undivided loyalty of CRF is to its client, the above-captioned Debtor.

7. I have no intention of asserting a claim against the estate of the Debtor, either individually or as Trustee, for funds advanced for legal fees in this Chapter 11 Case.

8. Neither I nor the Trust owes any money to the Debtor. Neither I nor the Trust expects to provide the Debtor with any debtor-in-possession financing or exit financing in this Chapter 11 Case.

9. Based upon the foregoing, it is my belief that neither I nor the Trust has any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest other than against GSM with respect to repayment of the Loans.

Pursuant to 28 U.S.C. § 1746, I declare, individually and as Trustee, under the penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2026
Providence, RI

Randi Beranbaum

Randi Beth Beranbaum, individually
and as Trustee of the Randi Beth
Beranbaum Revocable Trust